UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT JOSEPH OLSON,<br><br>Defendant. | Criminal No. 11-062 (JRT/SER)<br><br><br><br>**ORDER ON REPORT AND RECOMMENDATION** |

_____

Kimberly Svendsen, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for the plaintiff.

Douglas Olson, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER,** 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

This matter is before the undersigned on the Amended Report and Recommendation of the United States Magistrate Judge Steven E. Rau dated June 8, 2011 [Docket No. 48]. No objections have been filed to that report and recommendation in the time period permitted.

Based on the report and recommendation of the Magistrate Judge, and being advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** Defendant Olson's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Doc. No. 21] is **DENIED** and Defendant Olson's Motion to Suppress Statements, Admissions, and Answers [Doc. No. 22] is **DENIED**.

- 2 -

DATED: July 12, 2011
at Minneapolis, Minnesota.                           _____s/ John R. Tunheim_____
                                                               JOHN R. TUNHEIM
                                            United States District Judge